PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (415) 781-8866
Facsimile: (415) 781-2266

Attorney for Defendant
JONEA ROGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0730-01 MEJ |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TERMINATING PROBATION |
| vs. | |
| JONEA ROGERS, | |
| Defendant. | |

Defendant JONEA ROGERS and plaintiff UNITED STATES OF AMERICA, through their respective counsel, Peter Goodman and Assistant United States Attorney ("AUSA") Susan R. Jerich, hereby stipulate and agree as follows:

1. On April 6, 2006, defendant ROGERS was sentenced by this court to a two year term of probation pursuant to her guilty plea to a misdemeanor violation of 18 U.S.C. 1028(a)(4), fraud in connection with identification documents and information.

2. While on probation, defendant ROGERS has been supervised by United States Probation Officer ("USPO") Christine Magnasco.

3. Defendant ROGERS wishes to relocate to the State of Hawaii in order to be closer to her daughter, Hannah, who is presently living on the island of Kauai with her ex-husband.

4. Defendant is desirous of having her probation terminated early in order to facilitate her move to Hawaii. USPO Magnasco is not opposed to an early termination of probation given the defendant's record of compliance with the terms and conditions of her probationary sentence.

5. The parties believe that early termination of probation is appropriate in this case and request that the court enter an order accomplishing that result.

SO STIPULATED

DATED:

_____
SUSAN R. JERICH
Assistant United States Attorney

SO STIPULATED

DATED: 4/20/07

_____
PETER GOODMAN
Attorney for Defendant
JONEA ROGERS

SO ORDERED

DATED:

_____
MARIA-ELENA JAMES
United States Magistrate/Judge

-2-

1     4.     Defendant is desirous of having her probation terminated early in order to facilitate her move to Hawaii. USPO Magnasco is not opposed to an early termination of probation given the defendant's record of compliance with the terms and conditions of her probationary sentence.

      5.     The parties believe that early termination of probation is appropriate in this case and request that the court enter an order accomplishing that result.

SO STIPULATED

DATED: 4/25/7

_____
SUSAN R. JERICH
Assistant United States Attorney

SO STIPULATED

DATED: 4/20/07

_____
PETER GOODMAN
Attorney for Defendant
JONEA ROGERS

SO ORDERED

DATED: April 27, 2007

_____
MARIA-ELENA JAMES
United States Magistrate/Judge

-2-